**In re SECURITIES AND EXCHANGE COMMISSION, Petitioner.**

No. 769.

United States Court of Appeals, Federal Circuit.

July 21, 2004.

Charles W. Schoeneman, Arlington, VA, for Respondent.

Todd M. Hughes, David M. Cohen, Washington, DC, for Petitioner.

## ORDER

The Securities and Exchange Commission moves for leave to withdraw its petition for a writ of mandamus relating to *Katherine Robinson–Munoz v. SEC*, DC–0752–02–0135–I–1 and for Todd M. Hughes to be substituted as principal counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.